UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LAUREEN L KUNIYOSHI,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

Civil No. 2:19-cv-00507
Docket #1

**ORDER GRANTING MOTION TO WITHDRAW PETITION TO QUASH IRS SUMMONS**

Based on Plaintiff's Motion requesting that this Court withdraw her Petition to Quash IRS Summons filed with this Court on April 10, 2019, without prejudice, this Court ORDERS:

Plaintiff's Motion to Withdraw Petition to Quash IRS Summons is granted, and the case is dismissed without prejudice.

*/s/ Barbara J. Rothstein*  April 23, 2019

BARBARA J. ROTHSTEIN
DISTRICT COURT JUDGE